| Attorney or Party without Attorney:<br>Yitzchak Kopel (pro hac vice forthcoming)<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646-837-7150<br><br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>Oldacre v. ECP | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Western District of New York | | | | |
| Plaintiff: Christopher Oldacre, etc.<br>Defendant: ECP-PF CT Operations, Inc. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-00577-JLS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:    ECP-PF CT Operations, Inc.
   b. Person served:   Sierra Chandler, Process Specialist, CT Corporation System, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:   67 Burnside Ave, East Hartford, CT 06108

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 27 2022 (2) at: 01:54 PM

6. *Person Who Served Papers:*
   a. Christine Foran
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7/28/2022
(Date)         (Signature)

PROOF OF SERVICE

7413561
(355602)