UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHRISTOPHER OLDACRE, individually and on behalf of all others similarly situated,

                          Plaintiff,

v.

ECP-PF CT OPERATIONS, INC.,

                          Defendant.

Civil Case No.: 22-cv-00577(JLS)

**NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THE ACTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of John Hrinda, the exhibits annexed thereto, and upon the accompanying Memorandum of Law in Support of Defendant's Motion to Compel Arbitration and Stay the Action, Defendant will move this Court, at the United States District Court, Western District of New York, 2 Niagara Square Buffalo, New York 14202 on a date and time to be determined by this Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.* compelling arbitration and staying this action, and granting such other and further relief as this Court may deem just and proper.

Pursuant to Local Rule 6(a)(1) Defendant hereby provides notice of its intent to serve a reply brief in support of this motion.

Respectfully Submitted,

JACKSON LEWIS P.C.
*ATTORNEY FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404 Telephone
(631) 247-0417 Facsimile

By: _____
     Jeffrey W. Brecher, Esq.

Dated: Melville, New York
        September 16, 2022

4861-0546-3090, v. 1