# EXHIBIT 1

**Show Member EMail**

**Subject: Your club agreement**

Your agreement is attached for your records.

Club logo

Dear Chris A Oldacre:

Attached you will find a copy of your agreement. If you have any questions, please contact us.

**We collect certain information about our members and potential members. To learn more about what data we collect, how we use that data, and what privacy options you may have, please see our privacy policy at https://www.planetfitness.com/privacy-policy. If you are a California resident age 13 to 16, Planet Fitness will not sell your personal information to third parties as prohibited by law. If you wish to Opt In to the sale of your personal information, please send a request to privacy@planetfitness.com.**

Contact Us
Phone Number: (716) 989-0524
Email: Cheektowaga.NY@planetfitness.com
Our mailing address is:
Planet Fitness Cheektowaga NY
100 Thruway Plaza Drive
Cheektowaga, New York 14225

Print OK

